UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LAVENDER SKY, LLC,**

   Plaintiff,

  -vs-          Case No. 12-C-1278

**INGRID & ISABEL, LLC,**

   Defendant.

---

## DECISION AND ORDER

---

  Lavender Sky moves to compel responses to its discovery requests. Ingrid & Isabel refuses to respond unless the discovery is designated "attorney's eyes only." This is an invalid objection. Lavender Sky is entitled to discover any matter that is relevant and non-privileged. Fed. R. Civ. P. 26(b)(1). On the assumption that the requested information is relevant and non-privileged, Lavender Sky's motion [ECF No. 14] is **GRANTED**.

  Dated at Milwaukee, Wisconsin, this 26th day of September, 2013.

              **BY THE COURT:**

              _____
              **HON. RUDOLPH T. RANDA**
              **U.S. District Judge**