# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LAVENDER SKY, LLC,**

    Plaintiff,

  -vs-                          Case No. 12-C-1278

**INGRID & ISABEL, LLC,**

    Defendant.

## DECISION AND ORDER

Lavender Sky moves to compel responses to its discovery requests. Ingrid & Isabel refuses to respond unless the discovery is designated "attorney's eyes only." This is an invalid objection. Lavender Sky is entitled to discover any matter that is relevant and non-privileged. Fed. R. Civ. P. 26(b)(1). On the assumption that the requested information is relevant and non-privileged, Lavender Sky's motion [ECF No. 14] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 26th day of September, 2013.

                                        **BY THE COURT:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**